IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARCIO MARTINEZ AND NORMA PINEDA | § § § | |
| V. | § § | CIVIL ACTION NO. 6:15-cv-00905 |
| TRAVELERS LLOYDS OF TEXAS INSURANE COMPANY AND RODNEY TROXLER | § § § § | JURY TRIAL |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Marcio Martinez and Norma Pineda and Defendants, Travelers Lloyds of Texas Insurance Company and Rodney Troxler, who, pursuant to a settlement agreement executed by Plaintiffs, now jointly move this Court for the entry of an order dismissing all of Plaintiffs' claims in the captioned lawsuit against Defendants with prejudice, with each party to bear their own costs.

Respectfully submitted,

/s/ Rebecca A. Moore
_____
Rebecca A. Moore
Texas Bar No. 24031701
rmoore@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN AND HUBBARD, A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

ATTORNEY FOR DEFENDANTS
TRAVELERS LLOYDS OF TEXAS INS. CO. &
RODNEY TROXLER

AND

*Rene M. Sigman /ems/*
Sean C. Timmons
Texas Bar No. 24067908
Sean@mostynlaw.com
Rene M. Sigman
Texas Bar No. 24037492
rmsdocketefile@mostynlaw.com
MOSTYN LAW FIRM
3810 West Alabama St.
Houston, Texas 77027
Telephone: (713) 714-0000
Facsimile: (713) 714-1111

ATTORNEYS FOR PLAINTIFFS
MARCIO MARTINEZ AND NORMA PINEDA

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading has been forwarded via electronic filing and/or facsimile to all counsel of record, on this the 11th day of July, 2016 to:

Sean C. Timmons
Rene M. Sigman
MOSTYN LAW FIRM
3810 West Alabama St.
Houston, Texas 77027

/s/ Rebecca A. Moore
Rebecca A. Moore

2