IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARCIO MARTINEZ AND<br>NORMA PINEDA | § § § | |
| V. | § § | CIVIL ACTION NO. 6:15-cv-00905 |
| TRAVELERS LLOYDS OF TEXAS<br>INSURANE COMPANY AND<br>RODNEY TROXLER | § § § § | JURY TRIAL |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, the Parties' Joint Motion to Dismiss with Prejudice. Having considered the agreed motion based on a confidential settlement entered between Plaintiffs Marcio Martinez and Norma Pineda and Defendants Travelers Lloyds of Texas Insurance Company and Rodney Troxler, the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiffs against Defendants. IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

**SIGNED this 21st day of July, 2016.**

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE