**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MARCIO MARTINEZ AND § | |
| NORMA PINEDA § | |
| § | |
| v. § | CASE NO. 6:15cv00905-MHS-JDL |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY AND § | |
| RODNEY TROXLER § | |

**FINAL JUDGMENT**

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiffs Marcio Martinez and Norma Pineda filed suit against Defendants Travelers Lloyds of Texas Insurance Company and Rodney Troxler on October 16, 2015.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

 **SIGNED this 21st day of July, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE